UNITED STATES of America,
Appellee,

v.

Dennis WHITT, Defendant–Appellant.

No. 15–1312.

United States Court of Appeals,
Second Circuit.

March 29, 2016.

Lisa A. Peebles, Randi J. Bianco, & James P. Egan, Office of the Federal Public Defender, Syracuse, NY, for Appellant.

Rajit S. Dosanjh & Lisa M. Fletcher for Richard S. Hartunian, United States Attorney for the Northern District of New York, Syracuse, NY, for Appellee.

PRESENT: DENNIS JACOBS,
PETER W. HALL, Circuit Judges,

DENISE COTE,* District Judge.

### SUMMARY ORDER

Dennis Whitt appeals from the judgment of the United States District Court for the Northern District of New York (Suddaby, *J.*), sentencing him to 720 months of imprisonment. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Whitt challenges the substantive reasonableness of his sentence. "We review a sentence for procedural and substantive reasonableness under a 'deferential abuse-of-discretion standard.'" *United States v. Thavaraja*, 740 F.3d 253, 258 (2d Cir.2014) (quoting *Gall v. United States*, 552 U.S. 38, 41, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007)). The district court did not abuse its discretion in imposing a below-Guidelines sentence that adequately accounted for the heinousness of Whitt's actions.

For the foregoing reasons, and finding no merit in Whitt's other arguments, we hereby **AFFIRM** the judgment of the district court.